# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bell Northern Research, LLC<br>Plaintiff (Complainant)<br><br>v.<br><br>TCL Electronics Holdings Limited, *et al.*<br>Defendants (Respondents) | Case: 1:22-mc-00037<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 3/25/2022<br>Description: Misc. (O-DECK) |

### PETITIONER'S MOTION SEEKING ISSUANCE OF INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

TCL Electronics Holdings Limited, TCT Mobile (US) Inc., TTE Technology, Inc., HMD Global Oy and HMD America, Inc. ("Petitioners"), Respondents in *In the Matter of Certain Electronic Devices Having Wireless Communication Capabilities and Components Thereof*, Inv. No. 337-TA-1284 ("the Investigation"), before the United States International Trade Commission, respectfully request that this Court issue, under its seal and signature, the attached Request for International Judicial Assistance ("Letter Rogatory"). The Letter Rogatory seeks documents and deposition testimony from MediaTek Inc. ("Mediatek") located in Taiwan (Republic of China) at the following location:

MediaTek Inc.
No.1, Dusing 1st Rd.,
Hsinchu Science Park,
Hsinchu, 30078
Taiwan (R.O.C.)

In the 337-TA-1284 Investigation, the evidence sought by Petitioners is highly relevant to Petitioner's claim that the Accused Products infringe one or more claims of one or more of U.S. Patent Nos. 8,204,554 ("the '554 patent"), 7,319,889 ("the '889 patent"), RE 48,629 ("the '629



**RECEIVED**

MAR 2 5 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

patent") (reissue of U.S. Patent No. 7,990,842), and 8,416,862 ("the '862 patent") (collectively, the "Asserted Patents"), which are asserted in the Investigation. Administrative Law Judge David P. Shaw, who presides over the Investigation, has issued findings that the Letter Rogatory seeks evidence relevant to the Investigation (Exhibit 1). Additionally, due to statutory time limitations on ITC investigations, Judge Shaw has requested that the Court expedite the issuance of the Letter Rogatory.

For at least the foregoing reasons and the reasons set forth in more detail in the accompanying materials, Petitioners respectfully request that the Court assign a Judge to this matter and issue the attached Letter Rogatory (Exhibit 2) as soon as the Court deems appropriate.

Dated: March 24, 2022                          Respectfully submitted,

*/s/ Brandon M. White*
Brandon M. White
James B. Coughlan
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Phone: (202) 654-6200
Email: PerkinsServiceTCL-BNR-
                ITC@perkinscoie.com
John P. Schnurer
Vinay P. Sathe
Yun Louise Lu
John D. Esterhay
Kyle R. Canavera
Helen Y. Zhang
Hayden C. Householder
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Phone: (858) 720-5700
Email: PerkinsServiceTCL-BNR-
                ITC@perkinscoie.com

*Counsel for Respondent*
*TCL Electronics Holdings Limited, TCT Mobile*
*(US) Inc., TTE Technology, Inc.*

*/s/ Brandon M. White*
*Brandon M. White*
*James B. Coughlan*
*Charles Francis Lee*
*PERKINS COIE LLP*
*700 Thirteenth Street N.W., Suite 800*
*Washington, DC 20005-3960*
*Phone: (202) 654-6200*
*Email: ServiceHMDITC@perkinscoie.com*

*William J. McCabe*
*Matthew J. Moffa*
*PERKINS COIE LLP*
*1155 Avenue of the Americas, 22nd Floor*
*New York, NY 10036-2711*
*Phone: (212) 262-6900*
*Email: ServiceHMDITC@perkinscoie.com*

*David R. Pekarek Krohn*
*PERKINS COIE LLP*
*33 East Main Street, Suite 201*
*Madison, WI 53703-3095*
*Phone: (608) 663-7460*
*Email: ServiceHMDITC@perkinscoie.com*

*Counsel for Respondents*
*HMD Global Oy and HMD America, Inc.*